IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARBARA BOREN                                                                                    PLAINTIFF

v.                               Case No. 1:13CV00121 JTK

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                           DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, this matter is dismissed without prejudice.

SO ORDERED this 24th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE